Michael D. White
601 West 5th Avenue, Ste. 700
Anchorage, Alaska 99501
Telephone: (907) 263-6380
Facsimile: (907) 263-6345
E-mail: mwhite@pattonboggs.com

Benjamin G. Chew
Andrew M. Friedman
Douglas C. Proxmire
2550 M Street, N.W.
Washington, DC 20037
Telephone: (202) 457-6000
Facsimile: (202) 457-6315
Email: bchew@pattonboggs.com
afriedman@pattonboggs.com; dproxmire@pattonboggs.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SUULUTAAQ, INC. and SAMUEL BOYLE,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>LANCE WILLIAMS, CENTER FOR INVESTIGATIVE REPORTING, and SAN FRANCISCO CHRONICLE,<br><br>　　　　　Defendants. | Case No.: 3:10-cv-00048 [TMB] |

## **STIPULATION TO DISMISS WITH PREJUDICE**

COME NOW the Parties to this action, by and through counsel of record, and hereby stipulate and agree that this action be dismissed with prejudice, with each party to bear its own fees and costs. This stipulation is effective without order of the court pursuant to Federal Rule of Civil Procedure 41(a)(ii).

| Dated: May 20, 2011 | PATTON BOGGS LLP<br>Attorneys for Plaintiffs Suulutaaq, Inc. and Samuel Boyle<br><br>      /s/ Michael D. White<br>601 West 5th Avenue, Ste. 700<br>Anchorage, Alaska 99501<br>Telephone: (907) 263-6380<br>Facsimile: (907) 263-6345<br>mwhite@pattonboggs.com<br>[AK Bar No.: 8611144] |
|---|---|
| Dated: May 20, 2011 | Davis Wright Tremaine LLP<br>Attorneys for Defendants Lance Williams and Center for Investigative Reporting<br><br>      /s/ Jon Dawson (consent)<br>701 West 8th Avenue, Ste. 800<br>Anchorage, Alaska 99501<br>Telephone: (907) 257-5300<br>Facsimile: (907) 257-5399<br>jondawson@dwt.com<br>[AK Bar No.: 8406022] |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 20th day of May 2011, a true and correct copy of the forgoing document was served via CM/ECF upon:

Jon S. Dawson, Esq.
Davis Wright Tremaine LLP
701 W. 8th Avenue, Suite 800
Anchorage, AK 99501
jondawson@dwt.com

Thomas R. Burke, Esq.
thomasburke@dwt.com

Ambika K. Doran, Esq.
ambikadoran@dwt.com

      /s/ Michael D. White

STIPULATION TO DISMISS
*Suulutaaq, Inc., et al. vs. Lance Williams, et. al, Case No.: 3:10-cv-00048 [TMB]*
Page 2 of 2

Case 3:10-cv-00048-TMB   Document 69   Filed 05/20/11   Page 2 of 2